# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:06CV367

| | |
|---|---|
| OLIN CORPORATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> Vs. ) <br> ) <br> P. H. GLATFELTER COMPANY, a/k/a ) <br> "Glatfelter" and d/b/a "Glatfelter ) <br> Company, ) <br> ) <br> Defendant. ) <br> ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's motions for admission *pro hac vice* of Craig C. Martin, Amanda S. Amert, and J. H. Jennifer Lee, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motions are **ALLOWED**, and J. H. Jennifer Lee, Amanda S. Amert, and Craig C. Martin are hereby granted special admission to the bar of this Court, payment of the admission fees having been received by the Clerk of this Court.

2

Signed: February 27, 2007

_____

Lacy H. Thornburg
United States District Judge