# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION

### CIVIL NO. 1:06CV367

| | |
|---|---|
| OLIN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| P. H. GLATFELTER COMPANY, a/k/a ) | |
| "Glatfelter" and d/b/a "Glatfelter ) | |
| Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on the Plaintiff's motion for admission *pro hac vice* of Chris C. Gair, to appear as counsel in this matter.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Plaintiff's motion is **ALLOWED**, and Chris C. Gair, is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

2

Signed: April 10, 2008

Lacy H. Thornburg
United States District Judge