# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CIVIL NO. 1:06CV367

| | |
|---|---|
| OLIN CORPORATION, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| P. H. GLATFELTER COMPANY, a/k/a ) | |
| "Glatfelter" and d/b/a "Glatfelter ) | |
| Company, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court *sua sponte* to continue the trial currently scheduled to begin during the September 2008 term in the Asheville Division and to reset the trial with a peremptory setting in order to allow at least two weeks for such trial.

The Court is presently engaged in a review of the parties' pleadings with regard to Plaintiff's motion for summary judgment, but it will be impossible for the Court to render a decision on the motion in time for the parties to adequately prepare for trial in September. A review of the trial terms for the remainder of the year has revealed that the Court is able to

peremptorily schedule the trial for a two-week term beginning December 1, 2008.

**IT IS, THEREFORE, ORDERED** that this matter is **CONTINUED** from the September 2008 trial term.

**IT IS FURTHER ORDERED** that the trial is peremptorily set to begin Monday, December 1, 2008, for a two week term in Asheville, North Carolina.

**IT IS FURTHER ORDERED** that counsel for the parties be present for a pretrial conference on Monday, November 24, 2008, at 2:00 PM, in the chambers of the undersigned in Asheville, North Carolina.

Signed: August 6, 2008

Lacy H. Thornburg
United States District Judge